UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| ALVIN W. BEARD, )<br>)<br>Petitioner, )<br>v. )<br>)<br>JOHN R. VANATTA, )<br>)<br>Respondent. ) | No. 1:05-cv-1067-SEB-VSS |

# J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his petition for a writ of habeas corpus and this action is **dismissed with prejudice.**

Date: 11/30/2005

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Alvin Beard
DOC #963459
Miami Correctional Facility
P.O. Box 900
Bunker Hill, IN   46914

Office of the Indiana Attorney General
Indiana Government Center South, Fifth Floor
402 West Washington Street
Indianapolis, IN 46204-2770